THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 2:04-cr-00027-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROGER DALE CHARLES, II, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Motion to Modify Sentence" [Doc. 137].

The Defendant moves for a reduction of his sentence pursuant to Part A of Amendment 821 to the United States Sentencing Guidelines. [Doc. 137].

Part A of Amendment 821, effective November 1, 2023, amended U.S.S.G. § 4A1.1 to change the way that criminal history "status points" are assessed for defendants who committed their offense of conviction while under a criminal justice sentence. Here, the Defendant had a total of eighteen (18) criminal history points based on his prior criminal convictions. [Doc. 138 at ¶ 70]. The Defendant was not assessed any status points under

§ U.S.S.G. § 4A1.1. As such, the Defendant is not eligible for relief under Amendment 821.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Modify Sentence" [Doc. 137] is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 15, 2024

Martin Reidinger
Chief United States District Judge